IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

    Plaintiff,

  v.

OFFICER BARBER, et al.,

    Defendants.
                                      /

No. C 09-00411 CW

ORDER VACATING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for June 9, 2009, is vacated.  Parties shall comply with the attached Case Management Order.

    IT IS SO ORDERED.

Dated:  6/5/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GRIMES et al,

        Plaintiff,

v.

BARBER et al,

        Defendant.

Case Number: CV09-00411 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 5, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: June 5, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

2