IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEROME GRIMES,

    Plaintiff,

  v.

OFFICER BARBER, et al.,

    Defendants.
                                        /

No. 09-00411 CW

ORDER RE PLAINTIFF'S AMENDED COMPLAINT

    On May 19, 2009, the Plaintiff submitted for filing an amended complaint which was received by the Clerk.  Pursuant to F.R.Civ.P. 15, et seq., a party may amend its pleading once as a matter of course before being served with a responsive pleading; otherwise, a party may amend its pleading only with the opposing party's written consent or the court's leave.  On March 25, 2009, Defendants Barber, Smith and Tang filed an answer to Plaintiff's original complaint.  Accordingly,

    If Plaintiff wishes to amend his original complaint, he must by June 30, 2009, either obtain a stipulation from Defendants or file a motion for leave to file an amended complaint and include with his motion his proposed amended complaint.

    IT IS SO ORDERED.

    6/8/09
Dated _____

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GRIMES et al,

        Plaintiff,

v.

BARBER et al,

        Defendant.

Case Number: CV09-00411 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 8, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: June 8, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2