IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME GRIMES,<br><br>      Plaintiff,<br><br>   v.<br><br>OFFICER BARBER, et al.,<br><br>      Defendants. | No. 09-00411 CW<br><br>ORDER REGARDING PLAINTIFF'S DECLARATIONS |

On December 23, 2009, the Court entered an Order Denying Plaintiff's two motions for relief from settlement. On January 4, 2010, Plaintiff filed a declaration stating that he had not received from Defendants, within ninety days from the date of the Court's September 17, 2009 Conditional Order of Dismissal, the $500 agreed consideration for the settlement of his case. Plaintiff noted that the September 17, 2009 Dismissal Order indicated that, if either party certified to the Court that the agreed consideration for the settlement had not been delivered within ninety days from September 17, 2009, the dismissal order would be vacated and the case would go forward.

On January 6, 2010, counsel for Defendants submitted a declaration in which she stated that, until she received the

Court's December 23, 2009 Order denying Plaintiff's motions for relief from settlement, she understood that the settlement could be vacated by court order.  However, once she received the December 23, 2009 Order, she sent Plaintiff a settlement check in the amount of $500.  On January 12, 2010, Plaintiff filed another declaration in which he stated that he should have received the check within ninety days of the date of the September 17, 2009 Order of Dismissal.

By filing these declarations, Plaintiff is attempting, once again, to obtain relief from his settlement agreement.  The Court has ruled on this issue and will not re-visit it again.  Furthermore, defense counsel reasonably waited until the Court ruled on Plaintiff's motions for relief from settlement before sending him the settlement check.  Plaintiff has received the consideration to which he agreed.

Any further papers submitted by Plaintiff attempting to vacate his settlement will be returned to him by the clerk.

IT IS SO ORDERED.

Dated: February 11, 2010

*Claudia Wilken*

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

GRIMES et al,

        Plaintiff,

v.

BARBER et al,

        Defendant.

Case Number: CV09-00411 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jerome L. Grimes
263 Vernon Street
San Francisco, CA 94132

Dated: February 11, 2010

Richard W. Wieking, Clerk
By: Ronnie Hersler, Administrative Law Clerk

3