**United States District Court**
For the Northern District of California

1

2

3

4

5

6                   IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    JEROME GRIMES,                          No. 09-00411 CW

9              Plaintiff,                     ORDER DENYING
                                              MOTION FOR
10       v.                                   TRANSCRIPTS AT
                                              GOVERNMENT'S
11   OFFICER BARBER, et al.,                  EXPENSE

12            Defendants.

13   _____/

14

15       On September 17, 2009, this case was dismissed pursuant to a

16   settlement agreement negotiated by the parties.  On September 21,

17   2009, Plaintiff, who is proceeding pro se, filed a motion for

18   relief from judgment.  On October 19, 2009, the magistrate judge

19   who conducted the settlement conference issued a report and

20   recommendation explaining that there was no basis for the Court to

21   afford Plaintiff relief from judgment or to set aside the

22   settlement agreement.  On December 23, 2009, the Court adopted the

23   magistrate judge's report and recommendation and denied Plaintiff's

24   motion for relief from settlement.  On January 4, 2010, Plaintiff

25   filed a declaration, in another attempt to set aside the

26   settlement.  On February 11, 2010, the Court issued an order

27   explaining that it had previously found that Plaintiff had received

28   the consideration to which he had agreed to settle this case, that

1  it would not revisit the issue of the settlement and that any

2  further papers that Plaintiff filed would be returned to him by the

3  clerk.  On September 17, 2010, seven months after the entry of the

4  Court's last order, Plaintiff filed a notice of appeal.  On October

5  17, 2010, he filed this motion for transcripts of the settlement

6  conference at the government's expense.

7       The Court finds no good cause for ordering transcripts of

8  Plaintiff's settlement conference at the government's expense.

9  Therefore, this motion is denied.

10

11       IT IS SO ORDERED.

12

13  Dated: 11/15/2010



                                CLAUDIA WILKEN
14                              United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                   2

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

GRIMES et al,

4
                                                            Case Number: CV09-00411 CW
              Plaintiff,

5                                                    **CERTIFICATE OF SERVICE**

      v.
6

BARBER et al,
7

              Defendant.
8    _____/

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

11   That on November 16, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12   envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
     located in the Clerk's office.

13

14

15   Jerome L. Grimes
     263 Vernon Street
16   San Francisco,  CA 94132

17   Dated: November 16, 2010
                                             Richard W. Wieking, Clerk
18                                           By: Nikki Riley, Deputy Clerk

19

20

21

22

23

24

25

26

27

28
                                               3